IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                              Case No. 2014-cv-784-jdp

RYAN S. BUTTERFIELD,
and LAKELAND COOPERATIVE
SERVICES,

        Defendants.

**ENTRY OF DEFAULT**

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

Ryan S. Butterfield
Lakeland Cooperative Services

It appearing from the record that said Defendants have failed to appear, plead, or otherwise defend, the default against Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this __23rd__ day of __March__, 2015.

                                                    _s/L. Kamke, Deputy Clerk_
                                                    PETER OPPENEER
                                                    Clerk of Court
                                                    United States District Court
                                                    Western District of Wisconsin